UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GARY W. KLEINMAN,                                              :
                                                               :   10 Civ. 05630 (AKH)
                Plaintiff,                                  :
                                                               :
  -against-                                                   :
                                                               :
ELAN CORPORATION, PLC, et al.,                                 :
                                                               :
                Defendants.                                 :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of defendants Elan Corporation, plc, G. Kelly Martin, and Lars Ekman in the above captioned action.

Dated: November 19, 2010          Respectfully submitted,

                                     SHEARMAN & STERLING LLP

                                     By:    _s/ Jaculin Aaron__
                                              Jaculin Aaron
                                              599 Lexington Avenue
                                              New York, New York 10022-6069
                                              (212) 848-4000
                                              Fax: (212) 848-7179

                                              *Counsel for Defendants Elan*
                                              *Corporation, plc, G. Kelly Martin,*
                                              *and Lars Ekman*