USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 8/15/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

IN RE ELAN CORPORATION SECURITIES LITIGATION

------------------------------------------------------------X

GARY KLEINMAN,

Plaintiff,

-against-

ELAN CORPORATION, PLC, et al.,

Defendants.

------------------------------------------------------------X

08 **CIVIL** 8761 (AKH)
10 **CIVIL** 5630 (AKH)

# <u>JUDGMENT</u>

Whereas on June 23, 2011, the Court having heard oral argument on Defendants' motions to dismiss all claims against them; the Court having granted the motions and dismissing these cases, but gave Plaintiffs an opportunity to submit a brief "setting forth grounds for allowing them to amend their Complaints"; Plaintiffs having submitted their supplemental briefing, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on August 9, 2011, having rendered its Summary Order finding there is no basis to permit Plaintiffs to amend their Complaints, that the cases remain dismissed, with prejudice and without costs, and directing the Clerk to issue final judgment closing both cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Summary Order dated August 9, 2011, the Court finds there is no basis to permit Plaintiffs to amend their Complaints; the cases remain dismissed, with prejudice and without costs; accordingly, both of these cases are closed.

**Dated:** New York, New York
August 15, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________